# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK TODD,

    Plaintiff,

v.

LPN APRIL,

    Defendant.

Case No. 3:17-cv-01097-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendations ("Report") (Doc. 27) of Magistrate Judge Stephen C. Williams with regard to the defendant's motion to dismiss (Doc. 23). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the Report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 27);
- **GRANTS** the defendant's motion to dismiss (Doc. 23);
- **DISMISSES** this case **WITH PREJUDICE**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: JULY 17, 2018**

                                                          **s/ *J. Phil Gilbert***
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**