# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK TODD,

    Plaintiff,

v.

LPN APRIL,

    Defendant.

Case No. 3:17-cv-01097-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: July 17, 2018

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    BY:  s/Tina Gray
          **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**